IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          *Plaintiff,*<br><br>v.<br><br>PATRICK DWAYNE MURPHY,<br><br>                          *Defendant.* | Case No. CR 20-078-RAW |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT ONE**

**MURDER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1111(a), 2, 1151 & 1153]**

On or about August 28, 1999, within the Eastern District of Oklahoma, within Indian Country, **PATRICK DWAYNE MURPHY,** an Indian, willfully, deliberately, maliciously and with premeditation and malice aforethought, did unlawfully kill George Jacobs with a knife, in violation of Title 18, United States Code, Sections 1111(a), 2, 1151 and 1153.

**COUNT TWO**

**MURDER IN INDIAN COUNTRY IN PERPETRATION OF KIDNAPPING**
**[18 U.S.C. §§ 1111(a), 2, 1151 & 1153]**

On or about the August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, **PATRICK DWAYNE MURPHY**, an Indian, with malice aforethought, did unlawfully kill George Jacobs in the perpetration of a kidnapping of M.S. and George Jacobs, in violation of Title 18, United States Code, Sections 1111(a), 2, 1151 and 1153.

## COUNT THREE

### KIDNAPPING RESULTING IN DEATH
### [18 U.S.C. §§ 1201(a)(1), 2, 1151 & 1153]

On or about August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, **PATRICK DWAYNE MURPHY**, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for some benefit, George Jacobs, and the actions of **PATRICK DWAYNE MURPHY** resulted in the death of George Jacobs, in violation of Title 18, United States Code, Sections 1201(a)(1), 2, 1151 and 1153.

## COUNT FOUR

### KIDNAPPING RESULTING IN DEATH
### [18 U.S.C. §§ 1201(a)(1), 2, 1151 & 1153]

On or about August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, **PATRICK DWAYNE MURPHY**, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for some benefit, M.S., and the actions of **PATRICK DWAYNE MURPHY** resulted in the death of George Jacobs, in violation of Title 18, United States Code, Sections 1201(a)(1), 2, 1151 and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

BRIAN J. KUESTER
United States Attorney

JARROD LEAMAN, OBA #22623
Assistant United States Attorney