IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

PATRICK DWAYNE MURPHY,

    *Defendant.*

Case No. CR-20-078-RAW

**FILED**
OCT 28 2020
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

# S U P E R S E D I N G  I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 2, 1151 & 1153]

On or about August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, the defendant, **PATRICK DWAYNE MURPHY,** an Indian, willfully, deliberately, maliciously and with premeditation and malice aforethought, did unlawfully kill George Jacobs with a knife, in violation of Title 18, United States Code, Sections 1111(a), 2, 1151 and 1153.

## COUNT TWO

### MURDER IN INDIAN COUNTRY IN PERPETRATION OF KIDNAPPING
### [18 U.S.C. §§ 1111(a), 2, 1151 & 1153]

On or about the August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, the defendant, **PATRICK DWAYNE MURPHY**, an Indian, with malice aforethought, did unlawfully kill George Jacobs in the perpetration of a kidnapping of M.S. and George Jacobs, in violation of Title 18, United States Code, Sections 1111(a), 2, 1151 and 1153.

1

## COUNT THREE

### KIDNAPPING RESULTING IN DEATH
### [18 U.S.C. §§ 1201(a)(2), 2, 1151 & 1153]

On or about August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, the defendant, **PATRICK DWAYNE MURPHY**, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for some benefit, George Jacobs, resulting in the death of George Jacobs, in violation of Title 18, United States Code, Sections 1201(a)(2), 2, 1151 and 1153.

## COUNT FOUR

### KIDNAPPING RESULTING IN DEATH
### [18 U.S.C. §§ 1201(a)(2), 2, 1151 & 1153]

On or about August 28, 1999, within the Eastern District of Oklahoma, in Indian Country, the defendant, **PATRICK DWAYNE MURPHY**, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for some benefit, M.S., resulting in the death of George Jacobs, in violation of Title 18, United States Code, Sections 1201(a)(2), 2, 1151 and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
**FOREPERSON OF THE GRAND JURY**

BRIAN J. KUESTER
United States Attorney

JARROD LEAMAN, OBA #22623
Assistant United States Attorney