# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224,
Muskogee, Oklahoma

## ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

That the requested Jury Instructions, Verdict Forms and Trial Briefs, OR Motion for Continuance OR Notice of Intent to Plead, **are due Wednesday, March 17, 2021 by 12:00 Noon**.

If any electronic media will be offered as evidence at trial, that media shall be submitted to the Court for an in camera review at least (3) business days prior to the PTC.

Prior to the PTC, counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection. If applicable, **Counsel are directed to provide the Court with a signed Consent form at the PTC. (consent form is located on the Court's website)**

## WEDNESDAY, MARCH 24, 2021

9:00 AM

| CR-20-19-RAW | United States of America v. John Leroy Pruitt |

9:15 AM

| CR-20-42-RAW | United States of America v. Anthony Abdo |

9:30 AM

| CR-20-55-RAW | United States of America v. Jayce Michael Mosquito |

9:45 AM

| CR-20-62-RAW | United States of America v. Kyle Joseph Vannortwick |

**10:00 AM**

CR-20-71-RAW — United States of America v. Demarco Latrel Patterson

**10:15 AM**

CR-20-77-01-RAW — United States of America v. Martha Christine Simpson

**10:30 AM**

CR-20-78-RAW — United States of America v. Patrick Dwayne Murphy

**10:45 AM**

CR-20-80-RAW — United States of America v. Joshua Ryan Green

**11:00 AM**

CR-20-88-RAW — United States of America v. Karlin Gregory Postoak

**11:15 AM**

CR-20-91-RAW — United States of America v. Kyle Joe Maxwell

**11:30 AM**

CR-20-99-RAW — United States of America v. Hunter Jacob James Hope

**11:45 AM**

CR-20-108-RAW — United States of America v. Michael David Jackson

**1:00 PM**

CR-20-126-RAW — United States of America v. James Michael Stewart

<u>1:15 PM</u>

| | |
|---|---|
| CR-21-09-RAW | United States of America v. Joshua Devn Page |

<u>1:30 PM</u>

| | |
|---|---|
| CR-21-10-RAW | United States of America v. Aaron Isaiah Johnson |

<u>1:45 PM</u>

| | |
|---|---|
| CR-21-14-RAW | United States of America v. Russell Garvis Griffith |

<u>2:00 PM</u>

| | |
|---|---|
| CR-20-127-02-RAW | United States of America v. Blanche Elizabeth Dyer |
| CR-20-127-04-RAW | United States of America v. Anita Lorene Cooper |
| CR-20-127-05-RAW | United States of America v. Angela Marie McDaniel |
| CR-20-127-06-RAW | United States of America v. Michael Otis Hunsaker |
| CR-20-127-07-RAW | United States of America v. Jason Don Rowan |
| CR-20-127-08-RAW | United States of America v. Clint England Cooper |
| CR-20-127-09-RAW | United States of America v. Scott James Lively |
| CR-20-127-10-RAW | United States of America v. Richard Dean Mealer |
| CR-20-127-11-RAW | United States of America v. Jessica Leigh Baker |
| CR-20-127-12-RAW | United States of America v. Bobbi Dawn Benefield |
| CR-20-127-13-RAW | United States of America v. Mark Robert Pierce |
| CR-20-127-14-RAW | United States of America v. Mark Wayne Stubblefield |
| CR-20-127-15-RAW | United States of America v. Cara Dawn Nicole O'Laughlin |
| CR-20-127-16-RAW | United States of America v. Jarrod Lee Shanks |

| | |
|---|---|
| CR-20-127-18-RAW | United States of America v. Joseph Michael Phillips |
| CR-20-127-19-RAW | United States of America v. Everett Wayne Hood |

DATED this 2nd day of March, 2021.

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma