
FILED
AUG 0 4 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                         Case No. CR-20-078-RAW

PATRICK DWAYNE MURPHY,

Defendant.

## TRIAL STIPULATIONS

The United States of America, by and through Acting United States Attorney Christopher J. Wilson and Jarrod Leaman, Assistant United States Attorney, and Defendant Patrick Dwayne Murphy, by and through his attorney, David B. Autry, stipulate as follows:

1. The Defendant, Patrick Dwayne Murphy, for purposes of the United States' jurisdiction, is an Indian, has some degree of Indian blood, and is a member of a federally recognized Indian tribe.

2. The conduct identified in the Superseding Indictment occurred within the Eastern District of Oklahoma, within the boundaries of the Muskogee Nation's Reservation, and within the United States' Indian Country jurisdiction.

Dated this 4 day of August, 2021.

_____
Patrick Dwayne Murphy
Defendant

_____
Jarrod Leaman
Assistant United States Attorney

_____
David B. Autry
Attorney for the Defendant

1