**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,            )
                                     )
                    PLAINTIFF,       )
                                     )
VS.                                  )            CASE NO. CR-20-78-RAW
                                     )
PATRICK DWAYNE MURPHY,               )
                                     )
                    DEFENDANT.       )

## JURY NOTE - REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   Case - USA v. Patrick Dwayne Murphy                                   CR-20-78-RAW

### Note from the Jury

YOUR HONOR:

_____

We have Reached a verdict.

_____

_____

_____

_____

_____

_____

_____

_____

Date: 8-5-21
Time: 2:50 PM                              Signature of Foreperson

### Response from the Court

TO THE JURY:

_____

_____

_____

_____

_____

_____

_____

_____

Date: _____          _____
Time: _____          United States District Judge

**EXHIBIT**

Court
Ex. 1