IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED

AUG 0 5 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CR-20-078-RAW |
| PATRICK DWAYNE MURPHY, | |
| Defendant. | |

## SPECIAL VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

### COUNT ONE

- With respect to the charge in Count One of the Superseding Indictment for first degree murder in Indian Country, we find the Defendant:

(*Check only one.*)        NOT GUILTY        GUILTY
                                  X
                          _____        _____

*If you have unanimously found the Defendant **guilty** of Count One, then your deliberation is concluded as to Count One. Proceed to Count Two on Page 3.*

*If, however, you have unanimously found the Defendant **not guilty** of Count One, or if after reasonable efforts you are unable to agree on a verdict as to that offense, proceed to the next question.*

- With respect to the lesser included offense of murder in the second degree, we find the Defendant:

(*Check only one.*)              NOT GUILTY              GUILTY

_____              ___X___

## COUNT TWO

- With respect to the charge in Count Two of the Superseding Indictment for murder in Indian Country in perpetration of kidnapping, we find the Defendant:

(*Check only one.*)        NOT GUILTY          GUILTY
                           _____         ____X____

## COUNT THREE

- With respect to the charge in Count Three of the Superseding Indictment for the kidnapping of George Jacobs in Indian Country resulting in the death of George Jacobs, we find the Defendant:

(*Check only one.*)        NOT GUILTY          GUILTY
                           _____         ____X____

## COUNT FOUR

- With respect to the charge in Count Four of the Superseding Indictment for the kidnapping of M.S. in Indian Country resulting in the death of George Jacobs, we find the Defendant:

(*Check only one.*)        NOT GUILTY          GUILTY
                           ____X____           _____

DATED this 5 day of August, 2021.

~~Foreperson Signature~~

Foreperson Printed Name